TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00128-CV

Delta Media, Inc., Appellant

v.

Concrete.Com and Lauren Concrete, Inc., Appellees

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 252640, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

PER CURIAM

 Appellant Delta Media, Inc. filed an unopposed motion to dismiss its appeal pursuant
to a settlement agreement between the parties. We grant the motion and dismiss this appeal. Tex.
R. App. P. 42.1(a)(2). 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: May 10, 2001

Do Not Publish